IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DARLENE DOTSON,** | 1:09-CV-01325-AWI-GSA |
| Plaintiff, | **ORDER** |
| v. | Courtroom: No. 2.<br>Judge: The Honorable Anthony W. Ishii |
| **COUNTY OF KERN, GREG GAUSE, BILL DRAKOS, LISA GAVEN-CRUSE, RICK ERICKSON, FELCIA SKAGGS, AND DOES 1 THROUGH 30** | |
| Defendants. | |

## ORDER

Based on the Stipulation of the Parties, and good cause appearing thereof,

IT IS HEREBY ORDERED that the Defendants' Motion to Dismiss originally set for October 5, 2009 be continued to November 2, 2009.

IT IS SO ORDERED.

**Dated:   September 23, 2009**          /s/ Anthony W. Ishii
                                                           CHIEF UNITED STATES DISTRICT JUDGE