IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARLENE DOTSON,<br><br>        **Plaintiff**,<br><br>   v.<br><br>COUNTY OF KERN, GREG GAUSE,<br>BILL DRAKOS, LISA GAVEN-CRUSE,<br>RICK ERICKSON, FELICIA SKAGGS,<br>and DOES 1 through 30,<br><br>        **Defendants**. | 1:09-CV-1325 AWI GSA<br><br>ORDER VACATING AUGUST<br>23, 2010, HEARING DATE |

    Currently set for hearing and decision on August 23, 2010, is Defendants' motion for summary judgment. Pursuant to Local Rule 230(c), the court has reviewed the moving papers and has determined that this matter is suitable for decision without oral argument. Local Rule 230(h).

    Therefore, IT IS HEREBY ORDERED that the previously set hearing date of August 23, 2010, is VACATED, and the parties shall not appear at that time. As of August 23, 2010, the Court will take the matter under submission and thereafter issue its decision.

IT IS SO ORDERED.

Dated:   August 18, 2010

CHIEF UNITED STATES DISTRICT JUDGE