IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARLENE DOTSON, | 1:09-CV-01325 AWI GSA |
| Plaintiff, | ORDER |
| v. | |
| COUNTY OF KERN, GREG GAUSE, BILL DRAKOS, LISA GAVEN-CRUSE, RICK ERICKSON, FELICIA SKAGGS AND DOES 1 THROUGH 30, | |
| Defendants. | |

Based on the Stipulation of the Parties, and good cause appearing thereof,

**IT IS HEREBY ORDERED** that the non-expert discovery cut-off date be continued until October 24, 2010.

The court accepts the stipulation of the parties, however, no other deadlines or dates in this Court's scheduling order of November 19, 2009, are extended as a result of this stipulation.

IT IS SO ORDERED.

DATED: October 13, 2010            /s/ Gary S. Austin
                                   Honorable Gary S. Austin

ORDER
1