1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DARLENE DOTSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF KERN, et al.,<br><br>　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

1:09-cv-1325 AWI GSA

ORDER VACATING
FEBRUARY 7, 2010 HEARING
DATE AND TAKING MATTER
UNDER SUBMISSION

　　　Defendants' motion to dismiss has been set for hearing in this case on February 7, 2011.
The court has reviewed the papers  and has determined that this matter is suitable for decision
without oral argument.  See Local Rule 230(g).  Therefore, IT IS HEREBY ORDERED that the
previously set hearing date of February 7, 2011, is VACATED, and the parties shall not appear at
that time.  As of February 7, 2011, the court will take the matter under submission, and will
thereafter issue its decision.

IT IS SO ORDERED.

Dated:　　February 3, 2011　　　　　　　　　_____

　　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE