# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARLENE DOTSON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>COUNTY OF KERN, GREG GAUSE, BILL DRAKOS, LISA GAVEN-CRUSE, RICK ERICKSON, FELICIA SKAGGS, AND DOES 1 THROUGH 30,<br><br>　　　　Defendants. | CASE NO. 1:09-CV-01325 AWI GSA<br><br>ORDER |

Pursuant to stipulation, it is hereby ordered that the pre-trial conference currently set for March 17, 2011 at 8:30 a.m. to March 24, 2011 at 8:30 a.m.

DATED:    March 11, 2011

　　　　　　　　　　　　　　/s/ ANTHONY W. ISHII_____
　　　　　　　　　　　　　　Chief Judge Anthony W. Ishii